

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00138-CV

**Debra  Ann McDonald-Chandler**

**v.**

**Pace Hospital**

NO. 2011-11499 IN THE 165TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/10/2015 | NOT PAID | ANT |
| MT FEE | $10.00 | 03/31/2015 | NOT PAID | ANT |
| MT FEE | $10.00 | 03/31/2015 | E-PAID | APE |
| CLK RECORD | $55.00 | 03/13/2015 | PAID | ANT |
| FILING | $195.00 | 02/13/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $280.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 31, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**